IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITIZEN DEVELOPER, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>SYSTEM SOFT TECHNOLOGIES, INC.,<br><br>      Defendant. | Case No. 1:23-cv-00564-JPW |

### ENTRY OF APPEARANCE

To the Clerk of the Court:

  Kindly enter the appearance of Michael P. Trainor of the law firm Blank Rome LLP on behalf of Defendant, System Soft Technologies, Inc., in the above-captioned matter.

              **BLANK ROME LLP**

              */s/ Michael P. Trainor*
              Michael P. Trainor (ID 209299)
              michael.trainor@blankrome.com
              One Logan Square
              130 North 18th Street
              Philadelphia, PA 19103
              Tel. (215) 569-5685

              *Attorneys for Defendant*
              *System Soft Technologies, Inc.*

Dated: February 13, 2026

## CERTIFICATE OF SERVICE

    I, Michael P. Trainor, hereby certify that on February 13, 2026, a true and correct copy of the foregoing document was served upon all parties of record via this Court's electronic filing system.

                                        */s/ Michael P. Trainor*
                                        Michael P. Trainor

999998.05671/157094242v.1