IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CITIZENS DEVELOPER, LLC | : | Civil No. 1:23-cv-00564 |
| Plaintiff, | : | |
| v. | : | |
| SYSTEM SOFT TECHNOLOGIES, INC., | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

### DATE CERTAIN TRIAL SCHEDULING ORDER

**AND NOW**, on this 23rd day of February 2026, upon review of Defendant's motions to extend the trial scheduling order, Docs. 202 and 203, and considering the representations counsel made during the telephone status conference held on February 19, 2026, and the email correspondences between counsel, **IT IS ORDERED** that Defendant's motions are **GRANTED IN PART AND DENIED IN PART**. The deadline for Defendant to file their motions in limine and supporting briefs is **EXTENDED** to **March 9, 2026**. Plaintiff's response brief is due **March 16, 2026** and Defendant's reply is due **March 23, 2026**.

**IT IS FUTHER ORDERED** that the final pretrial conference scheduled for Friday, April 3, 2026 at 1:00 p.m. is **RESCHEDULED to 9:00 a.m., the same day, Friday, April 3, 2026**.

**IT IS ALSO ORDERED** that all other pretrial deadlines found in the June 12, 2025, date certain trial scheduling order, Doc. 147, are **CONFIRMED**, to include the trial start date of <u>**April 6, 2026**</u>.

<u>s/Jennifer P. Wilson</u><br>
JENNIFER P. WILSON<br>
United States District Judge<br>
Middle District of Pennsylvania