**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CITIZEN DEVELOPER, LLC, | : | Civil No. 1:23-CV-00564 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SYSTEM SOFT TECHNOLOGIES, INC., | : | |
| | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## <u>ORDER</u>

**AND NOW**, this 30th day of March, 2026, in accordance with the accompanying memorandum of law, **IT IS ORDERED THAT** the motions in limine filed by Plaintiff Citizen Developer, LLC ("CD") and Defendant System Soft Technologies, Inc. ("SST"), Docs. 148, 151, 153, 162, 164, 166, 174, 191, 217, 219, 221, & 223, are **GRANTED IN PART AND DENIED IN PART** as follows:

1. CD's motion in limine to exclude documents SST allegedly failed to produce during discovery and any SST witness testimony about information contained within the allegedly unproduced documents, Doc. 148, is **GRANTED IN PART AND DENIED IN PART.** SST may not seek to admit, as evidence at trial, any document that it failed to produce to CD during discovery. In every other aspect, CD's motion is **DENIED WITHOUT PREJUDICE**.

2. CD's motion to preclude the testimony of SST expert witness Rajkumar Venkatesan, Doc. 151, is **DENIED IN PART AND DENIED WITHOUT PREJUDICE IN PART**.  The motion is denied as to Venkatesan's testimony about his fourth conclusion, specifically his discussion of CD's place in the no-code low-code market.  It is denied without prejudice in all other respects.

3. CD's motion in limine to exclude specific "summary" documents pursuant to Federal Rule of Evidence 1006, Doc. 153, is **DENIED WITHOUT PREJUDICE**.

4. CD's motions in limine to exclude the lay opinion testimony of Eric Leonard, Calvin Fuerst, and Ashok Yarlagadda, Docs 162, 164, & 166, are **DENIED WITHOUT PREJUDICE**.

5. CD's motion in limine to preclude the expert testimony of SST expert witness Dominique Hanssens, Doc. 174, is **DENIED**.

6. CD's motion in limine seeking admission of evidence related to breaches that occurred and damages it accrued in 2024, Doc. 191, is **DENIED**.

7. SST's motion to preclude the expert testimony of CD expert witness David Reibstein, Doc. 217, is **DENIED.**

8. SST's motion to exclude evidence that anything other than SST's failure to satisfy the marketing spend requirement set forth in § 2.6 of the RAA constituted a breach of contract, Doc. 219, is **DENIED WITHOUT PREJUDICE**.

9. SST's motion to preclude any suggestion to the jury that SST violated a court order, failed to produce documents, or engage in spoliation, Doc. 221, is **GRANTED**.

10. SST's motion in limine to preclude evidence of its overall size, value, revenue and profits, Doc. 223, is **DENIED WITHOUT PREJUDICE.**

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania